IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
**Richmond Division**

| | |
|---|---|
| ELIZABETH K. DALY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 3:14CV250-HEH |
| ) | |
| COMMONWEALTH OF ) | |
| VIRGINIA, *et al.*, ) | |
| ) | |
| Defendants. ) | |

## ORDER
### (Granting Joint Motion to Stay)

THIS MATTER is before the Court on the parties' Joint Motion to Stay (ECF No. 50), filed on July 18, 2014. Following a settlement conference before Magistrate Judge David J. Novak, the parties now move the Court to stay this matter in anticipation of the second settlement conference on July 30, 2014. Upon due consideration and it appearing appropriate to do so, the Joint Motion is GRANTED and the Court HEREBY STAYS all proceedings and discovery in this matter until July 31, 2014, at which point the Court will enter an order lifting the stay and resuming all deadlines.

The Clerk is DIRECTED to send a copy of this Order to all counsel of record.

It is so ORDERED.

/s/
Henry E. Hudson
United States District Judge

Date: July 21, 2014
Richmond, Virginia